IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ZACHARY RAY STEELE, MARY CATHERINE STEELE, and MARK STEELE, | ) ) ) ) | |
| Plaintiffs, | ) ) | 4:19CV3007 |
| v. | ) ) | |
| NEBRASKA EVANGELICAL LUTHERAN HIGH SCHOOL, WISCONSIN EVANGELICAL LUTHERAN SYNOD, JOHN DOE, Exact name unknown, and JANE DOE, Exact name unknown, | ) ) ) ) ) ) ) | **ORDER** |
| Defendants. | ) ) | |

Pursuant to the Plaintiffs' Notice of Dismissal With Prejudice (Filing No. 13) as to Defendant Wisconsin Evangelical Lutheran Synod,

IT IS ORDERED that Defendant Wisconsin Evangelical Lutheran Synod is dismissed from this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and upon Plaintiffs' Notice of Dismissal With Prejudice (Filing No. 13), filed prior to service of an answer or motion for summary judgment by such Defendant.

DATED this 4th day of April, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge