IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ZACHARY RAY STEELE, MARY CATHERINE STEELE and MARK STEELE,<br><br>Plaintiffs,<br><br>v.<br><br>NEBRASKA EVANGELICAL LUTHERAN HIGH SCHOOL, and JOHN DOE, EXACT NAMES UNKNONW, JANE DOE, EXACT NAMES UNKNOWN,<br><br>Defendants. | Case No. 4:19-CV-3007<br><br>**JOINT STIPULATION FOR DISMISSAL** |

The parties hereby stipulate and jointly agree that all claims in the above-captioned matter should be dismissed, with prejudice, each party to pay its own attorneys' fees and costs.

DATED September 25, 2020

                                                NEBRASKA EVANGELICAL LUTHERAN
                                              HIGH SCHOOL, Defendant

                                        By:   REMBOLT LUDTKE LLP
                                                  3 Landmark Centre
                                                  1128 Lincoln Mall, Suite 300
                                                  Lincoln, NE 68508
                                                  (402) 475-5100
                                                  mfahleson@remboltlawfirm.com
                                                  tpaulson@remboltlawfirm.com
                                                  jralph@remboltlawfirm.com

                                        By:   /s/ Mark A. Fahleson
                                                  Mark A. Fahleson (#19807)
                                                  Tara Tesmer Paulson (#24454)
                                                  Jennifer L. Ralph (#26998)

ZACHARY RAY STEELE, MARY CATHERINE STEELE and MARK STEELE, Plaintiffs

By: Terrence J. Salerno
809 N 96th Street, Suite 100
Omaha, NE 68114
(402) 502-9002

By: /s/Terrence J. Salerno
Terrence J. Salerno (#16035)

and

By: Brian Wood
Roy, Lambert, Lovelace,
Bingaman & Wood, LLP
PO Drawer 7030
Springdale, AR 72766-7030

4813-4984-5194, v. 1