IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ZACHARY RAY STEELE, MARY CATHERINE STEELE, and MARK STEELE,<br><br>Plaintiffs,<br><br>vs.<br><br>NEBRASKA EVANGELICAL LUTHERAN HIGH SCHOOL, JOHN DOE, Exact name unknown; and JANE DOE, Exact name unknown;<br><br>Defendants. | 4:19CV3007<br><br>**JUDGMENT** |

Pursuant to the parties' Joint Stipulation for Dismissal (Filing 42), this matter is dismissed, with prejudice, each party to pay its own attorneys' fees and costs.

DATED this 28th day of September, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge